UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



The Mazza Consulting Group, Inc.

Plaintiff,

-v-

Canam Steel Corporation and
Eastern Bridge, LLC

Defendant.

Case No._____

**Rule 7.1 Statement**

**07 CIV. 9743**

**JUDGE ROBINSON**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

The Mazza Consulting Group, Inc.      (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** October 30, 2007

_____
**Signature of Attorney**

**Attorney Bar Code:** 5623