AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                    District of                    New York

The Mazza Consulting Group, Inc.

V.

Canam Steel Corporation and
Eastern Bridge, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV. 9743

JUDGE ROBINSON

TO: (Name and address of Defendant)

Canam Steel Corporation                Eastern Bridge, LLC
4010 Clay Street                       386 River Road
Point of Rocks, Maryland 21777         Claremont, New Hampshire

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Howard B. Cohen, Esq.
The Delorio Law Firm, LLP
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK            CLERK                           DATE    NOV - 2 2007

(By) DEPUTY CLERK

United States District Court
Southern Distirict of New York

---

The Mazza Consulting Group, Inc.,

                                                   Plaintiff(s)

                -against-

Canam Steel Corporation and
Eastern Bridge, LLC,

                                                  Defendant(s)

                                                                                AFFIDAVIT OF SERVICE
                                                                                Case No.  07 Civ. 9743

State of New York )
                    ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action.  That on November 8, 2007 at approximately 12:30 PM deponent served the following specific papers  pursuant to Section 306 of the Business Corporation Law,  Summons in a Civil Action and Complaint, Civil Cover Sheet, Rule 7.1 Statement and Individual Practices of Judge Stephen C. Robinson, that the party served was Canam Steel Corporation, a foreign business corporation, one of the defendants in this action,  by personally serving two copies of the aforesaid papers at the office of the NYS Secretary of State located at 41 State Street, in the City of Albany, New York by delivering to and leaving papers with Chad Matice, a white male with black hair, being approximately 21-35 years of age; height of 5'9" - 6'0", weight of 180-200 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service.  That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                                             *Mary M. Bonville (signature)*
                                                                                 Mary M. Bonville

Sworn to before me this    8TH    day of November, 2007

*Ruth A. Dennehey (signature)*
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010

United States District Court
Southern Distirict of New York

---

The Mazza Consulting Group, Inc.,

                              Plaintiff(s)

      -against-

Canam Steel Corporation and
Eastern Bridge, LLC,

                             Defendant(s)

AFFIDAVIT OF SERVICE
Case No.  07 Civ. 9743

---

State of New York )
                      ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action.  That on November 8, 2007 at approximately 12:30 PM deponent served the following specific papers  pursuant to Section 304 of the Limited Liability Company Law,  Summons in a Civil Action and Complaint, Civil Cover Sheet, Rule 7.1 Statement and Individual Practices of Judge Stephen C. Robinson, that the party served was Eastern Bridge, LLC, an unauthorized foreign limited liability company, one of the defendants in this action,  by personally serving one copy of the aforesaid papers at the office of the NYS Secretary of State located at 41 State Street, in the City of Albany, New York by delivering to and leaving papers with Chad Matice, a white male with black hair, being approximately 21-35 years of age; height of 5'9" - 6'0", weight of 180-200 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service.  That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                             *Mary M. Bonville*
                                                             Mary M. Bonville

Sworn to before me this _____ day of November, 2007

_____
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                Docket No.: 07-civ-9743

------------------------------------------------------------X
THE MAZZA CONSULTING GROUP, INC.,

                Plaintiff,

-against-

CANAM STEEL CORPORATION and
EASTERN BRIDGE, LLC,

                Defendant.
------------------------------------------------------------X

## SUMMONS

## THE DeIORIO LAW FIRM, LLP

*Attorneys for Plaintiff*

800 Westchester Ave., Suite s-608
Rye Brook, New York 10573
(914) 696-5555
(914) 696-0450 FAX