UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

THE MAZZA CONSULTING
GROUP, INC.,

          Plaintiff,              07 Civ. 9743 (SCR)

    -against-                 **ORDER**

CANAM STEEL CORPORATION AND
EASTERN BRIDGE, LLC,

          Defendants.
---------------------------------------X

STEPHEN C. ROBINSON, U.S. District Judge:

    Plaintiff filed this diversity action on November 2, 2007, alleging that defendant breached the contract between the parties by refusing to pay plaintiff the outstanding balance in a January 30, 2006 contract. Plaintiff alleged that venue was proper in the Southern District of New York pursuant to 28 U.S.C. § 1391 (a)(2) because a substantial part of the events or omissions giving rise to the claim took place in the Southern District of New York.

    Upon Plaintiff's motion to transfer, to which Defendant "takes no position" it is hereby ordered that the case with the above caption be transferred under 28 U.S.C. § 1404(a) to the Eastern District of New York.

IT IS SO ORDERED:

The Clerk of the Court of the Southern District of New York is directed to close this case.

Dated: December 18, 2007
White Plains, New York

                                       Stephen C. Robinson
                                       United States District Judge

